UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
PAINTERS AND ALLIED TRADES                )
DISTRICT COUNCIL NO. 35                   )
    Plaintiff,                             )
                                          )
v.                                        )   C.A. No.: 05-10549-PBS
                                          )
                                          )
FIRST KOSTAS CORP.                        )
    Defendant.                             )
_____  )

**NOTICE OF WITHDRAWAL PURSUANT TO**
**RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

    Now comes the Plaintiff, Painters and Allied Trades District Council No. 35, and pursuant to Rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure, hereby withdraws the above-captioned matter without prejudice as the Defendant has neither filed an answer nor motion for summary judgment.

    Respectfully submitted,
    For the Plaintiff,
    PAINTERS & ALLIED TRADES
    DISTRICT COUNCIL NO. 35
    By its Attorney,


    /s/ Michael A. Feinberg
    Michael A. Feinberg, BBO #161400
    Feinberg, Campbell & Zack, P.C.
    177 Milk Street
    Boston, MA  02109
    (617) 338-1976

Dated:  May 16, 2005